C. B. OLIN v. S. B. ROHRBAUGH, et al.

ACTION brought in the district court of Franklin county by *Rohrbaugh* against *Fletcher* and another, to recover for materials furnished to improve certain lots in the city of Ottawa. *Olin* having a tax deed on the lots, was made a party defendant. Trial at the January Term, 1882, when the plaintiff and the defendants, H. E. and F. M. Fletcher, had judgment against defendant *Olin*, who brings the case here.

*Wm. H. Clark*, for plaintiff in error.

*Per Curiam:* The contest in this case is as to the validity of a tax deed. The attorneys of the two parties respectively went at about the same time, one to the office of the county clerk, and the other to the office of the county treasurer — the one to obtain for his client a tax deed, and the other to redeem the land for his client. Each knew the other's object

and purpose. Before the tax deed was executed, the redemp-
tion-money had been tendered to the treasurer, and received
by him. The district court held the tax deed invalid. This
ruling is correct, and must be affirmed, on the authority of
*Matthews v: Buckingham*, 22 Kas. 166. The defect in the
certificate of redemption, (the same as that noticed in *Shelton
v. Dunn*, 6 Kas. 128,) does not avoid the effect of the tender
and reception by the treasurer of the redemption-money.